UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| HOSIE KENNETH FRAZIER, | Case No. 3:19-cv-00093-MMD-WG |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PAULA DAVIS MARSHAL, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge William G. Cobb (ECF No. 22), recommending that the Court grant Plaintiff's *in forma pauperis* application, file the Complaint, and dismiss the action with prejudice as frivolous. Plaintiff had until July 16, 2019, to file an objection. To date, no objection to the R&R has been filed.[1] For this reason, and as explained below, the Court adopts the R&R.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

---

[1] Plaintiff has filed several notices (ECF Nos. 23-27) identifying evidence he would introduce at trial, but he has not specifically objected to the R&R.

employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

While Plaintiff has failed to object to Judge Cobb's recommendation, the Court will conduct a *de novo* review to determine whether to adopt the R&R. Judge Cobb found that Plaintiff's Complaint—containing implausible allegations that special operative agents of the NSA used mind control computer and cell phone control units for 13 years to brain wash and drive people crazy in order to capture a terrorist that was kidnapping women and children for prostitution all over the world—is frivolous. (ECF No. 22 at 3-4.) Having reviewed the R&R and the Complaint, the Court agrees with Judge Cobb.

It is therefore ordered that Judge Cobb's Report and Recommendation (ECF No. 22) is adopted in full.

It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that the Clerk of the Court file the Complaint (ECF No. 1-1).

It is further ordered that this action is dismissed with prejudice as frivolous.

It is further ordered that the Clerk of the Court close this case.

DATED THIS 19th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE